UNITED STATES of America,
Plaintiff–Appellee,

v.

Desburn PINNOCK, a.k.a. Bull,
Defendant–Appellant.

No. 08–15403
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 4, 2009.

Desburn Pinnock, Rochester, MN, pro se.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge, TJOFLAT and HILL, Circuit Judges.

PER CURIAM:

James Wesley Smith III, appointed counsel for Desburn Pinnock, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Pinnock's 18

U.S.C. § 3582(c)(2) motion is **AF-FIRMED.**